PD-1371-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 10/20/2015 8:56:30 PM
Accepted 10/21/2015 3:25:50 PM
ABEL ACOSTA
CLERK

No. _____

## IN THE COURT OF CRIMINAL APPEALS
## OF TEXAS

| | | |
|---|---|---|
| **TERRANCE DEERING BLACK,** | § | |
| **Petitioner,** | § | **IN THE EIGHTH** |
| | § | **JUDICIAL DISTRICT** |
| **vs.** | § | **COURT OF APPEALS** |
| | § | **SAN ANTONIO, TEXAS** |
| **THE STATE OF TEXAS** | § | **08-12-00338-CR** |
| **Respondent.** | § | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
## PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

NOW COMES Petitioner, TERRANCE DEERING BLACK, by and through his undersigned counsel, and files this Unopposed Motion for Extension of Time to file his petition for discretionary review, pursuant to Rule 68.2(c) of the Texas Rules of Appellate Procedure. Petitioner respectfully requests a thirty (30) day extension to and including November 23, 2015.[1] This is Petitioner's first motion for extension of time to file his brief. In support of this motion Petitioner would show as follows:

1. Petitioner's brief is currently due on October 23, 2015.

FILED IN
COURT OF CRIMINAL APPEALS

---

[1] The thirtieth (30th) day November 22, 2015, falls on a Sunday.

October 21, 2015

ABEL ACOSTA, CLERK

1

2. Counsel has conferred with Lily Stroud, El Paso County Assistant District Attorney, and she does not oppose this motion.

**Undersigned Counsel has the following judicial conflicts:**

3. Undersigned counsel has an appeal brief due on October 27, 2015 in *Wissam Allouche v. United States of America*, Cause No. 15-50409 in the United States Fifth Circuit Court of Appeals.

4. Undersigned counsel has been reviewing voluminous discovery in a complex case of *United States of America vs. Curtis DeBerry*, Cause No. 5:14-CR-00524-XR and a Superseding Indictment was filed on October 7, 2015.

5. Undersigned counsel had a docket call on October 13, 2015 in *United States of America vs. Jetter Andrew Barker, IV*, in the United States District Court for the Western District of Texas, Del Rio Division. This case has now been reset for trial on January 19, 2016.

6. Undersigned counsel's client turned himself in on an arrest warrant in *State of Texas vs. Frederich R. Schauer, III*, Cause No. 15-9-9548 in the 24th Judicial District Court, Jackson County, Edna, Texas, on or about October 12, 2015. A bond hearing was held on October 15, 2015.

7. Undersigned counsel was appointed to a federal case of *United States of America vs. Rene Martinez*, Cause No. 5:14-CR-00654(19)-FB on October 19, 2015. A detention hearing is scheduled for October 27, 2015.

8. Undersigned counsel is preparing Findings of Fact and Conclusions of Law in a Writ of Habeas Corpus proceeding in *Ex Parte James R. Hiatt*, Cause No. 2006-CR-2741-W3 in the 144th Judicial District Court, Bexar County, San Antonio, Texas.

**Undersigned counsel has the following professional conflicts:**

9. Undersigned counsel is Immediate Past-Chair of the American Bar Association's Criminal Justice Section. She is obligated and has pre-arranged plans to speak at the Section's Fall Meeting on October 22-25, 2015 in Washington, D.C. There are also committee meetings and the Executive Committee meeting that she is to participate in as well.

10. Undersigned counsel is a member of the Texas Board of Law Examiners. They are currently in the process of regarding exams. Exam grades are due to be released on November 6, 2015.

## PRAYER FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, Petitioner respectfully prays that this Honorable Court grant him an additional thirty (30) days to and including

November 23, 2015 to file his Petition for Discretionary Review and for any other relief under this Court's supervisory power.

Respectfully submitted:

CYNTHIA E. ORR
Bar No. 15313350
GOLDSTEIN, GOLDSTEIN & HILLEY
310 S. St. Mary's St.
29th Floor Tower Life Building
San Antonio, Texas 78205
210-226-1463
210-226-8367 facsimile

By:___*/s/ Cynthia E. Orr*_____
         CYNTHIA E. ORR

Attorney for Petitioner,
TERRANCE DEERING BLACK

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Unopposed Motion for Extension of Time to File PDR has been served *via* e-mail through the E-file, Electronic Filing System, to El Paso County District Attorney's Appellate Section, daesparza@epcounty.com, on this the 20th day of October, 2015.

By:_*/s/Cynthia E. Orr*_____
         CYNTHIA E. ORR

4